**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Supreme Court**

Timothy Dion Rogers, Respondent,

v.

State of South Carolina, Petitioner.

Appellate Case No. 2011-182846

---

**ON WRIT OF CERTIORARI**

---

Appeal From Dorchester County
Diane Schafer Goodstein, Post-Conviction Judge

---

Memorandum Opinion No. 2013-MO-026
Submitted September 16, 2013 – Filed September 25, 2013

---

**DISMISSED AS IMPROVIDENTLY GRANTED**

---

Attorney General Alan McCrory Wilson, Chief Deputy Attorney General John W. McIntosh, Senior Assistant Deputy Attorney General Donald J. Zelenka and Senior Assistant Attorney General William Edgar Salter, III, of Columbia, for Petitioner.

Diana L. Holt, of Columbia, for Respondent.

---

**PER CURIAM:**  We granted the State's petition for a writ of certiorari to review the grant of Respondent's application for post-conviction relief (PCR).  We now dismiss the writ as improvidently granted.

**DISMISSED AS IMPROVIDENTLY GRANTED.**

**TOAL, C.J., PLEICONES, BEATTY, KITTREDGE and HEARN, JJ., concur.**